In the Matter of MIGUEL BERROA, Appellant, v KATHLEEN M. RICE, Respondent.

Submitted January 13, 2014; decided February 20, 2014

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602).